FILED ✓ LODGED
RECEIVED COPY
MAY 12 2005
CLERK, U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

FILED
RECEIVED COPY
MAY 17 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,
Plaintiff,
v.
Richard James Kozak;
Defendant.

Magistrate Number 05-4886M

**ORDER TO DISMISS**

Plaintiff, the United States of America, through its attorneys, Paul K. Charlton, United States Attorney for the District of Arizona, and Joelyn D. Marlowe, Assistant U.S. Attorney, pursuant to Fed. R. Crim. P. 48(a), and leave of Court endorsed hereon, hereby move to dismiss the Complaint against defendant RICHARD JAMES KOZAK, without prejudice pending further investigation. Furthermore, the Government requests the Court exonerate the Defendant's bond.

PAUL K. CHARLTON
United States Attorney
District of Arizona

Joelyn D. Marlowe
Joelyn D. Marlowe
Assistant U.S. Attorney

IT IS ORDERED that the Complaint under **Magistrate number 05-4886M** against RICHARD JAMES KOZAK is DISMISSED without prejudice pending further investigation. IT IS FURTHER ORDERED that the defendant's bond is hereby exonerated.

Date: May 13, 2005

United States Magistrate Judge

AUSA
CNSL
PSA
BPV
Finance



8